FILED

2013 MAR -8 PM 4:07

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIU WONG,<br><br>            Petitioner,<br><br>vs.<br><br>JANET NAPOLITANO, Secretary of the U.S. Department of Homeland Security; et al.,<br><br>            Respondents. | Civil No.   12-2592 BEN (RBB)<br><br>**ORDER:**<br><br>**(1) DENYING WITHOUT PREJUDICE RENEWED MOTION TO APPOINT COUNSEL**<br><br>**(2) GRANTING MOTION TO ENLARGE TIME TO FILE TRAVERSE**<br><br>**[Docket Nos. 9, 12]** |

On October 24, 2012, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Docket No. 1.) Petitioner filed a Renewed Motion to Appoint Counsel on January 7, 2013 (Docket No. 9) and a Motion to Enlarge Time to File Traverse on February 27, 2013 (Docket No. 12).

## I.   RENEWED MOTION TO APPOINT COUNSEL

Petitioner moves for appointment of counsel under 18 U.S.C. § 3006A(a)(2). Under § 3006A(a)(2), the district court may appoint counsel for financially eligible petitioners seeking relief under 28 U.S.C. § 2241 when the interests of justice so require. To make this determination, courts must "evaluate the likelihood of success

on the merits as well as the ability of the Petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). When no evidentiary hearing is held, a district court does not abuse its discretion in denying a motion to appoint counsel. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986).

Here, the interests of justice do not warrant appointment of counsel at this time. Petitioner has not shown that he will be unable to articulate his claims *pro se* in light of the complexity of the legal issues involved. In addition, the Court has not issued an order requiring an evidentiary hearing on the Petition. Accordingly, the Court **DENIES** Petitioner's request for appointment of counsel without prejudice.

II. **MOTION TO ENLARGE TIME TO FILE TRAVERSE**

Petitioner moves for an extension of time to file a traverse. For good cause shown, the Motion to Enlarge Time is **GRANTED**. The deadline for filing a traverse is extended to **March 29, 2013**.

**IT IS SO ORDERED.**

DATED: March __, 2013

HON. ROGER T. BENITEZ
United States District Judge